IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM ELLIS,

        Petitioner,               No. CIV S-11-0207 DAD P

    vs.

UNITED STATES OF AMERICA,

        Respondent.            <u>ORDER</u>

                              /

        Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of error audita querela and/or writ of error coram nobis pursuant to 28 U.S.C. § 1651. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, the court will also direct petitioner to submit a response to provide the following information with respect to his request for relief: (1) the date of petitioner's judgment of conviction for possession of cocaine and cocaine base in violation of 21 U.S.C. § 841; (2) the date(s) of petitioner's prior state convictions for felony drug offense(s); and (3) the type of action or actions (habeas, § 2255 motion, etc.) that petitioner previously filed challenging the federal

1

judgment of conviction challenged here, including the court in which any such action was filed, the date of judgment, and disposition of the action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

2. Within thirty days from the date of this order, petitioner shall file a response to the inquiries set forth above; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
elli0207.101a